UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 23-3184
_____

UNITED STATES OF AMERICA

v.

JEROME BROWN, a/k/a Jerome F Brown,
Appellant


On Appeal from the United States District Court
for the Western District of Pennsylvania
(District Court No. 2:21-cr-00374-001)
District Judge: Honorable J. Nicholas Ranjan
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
on February 3, 2025

_____


SUR PETITION FOR PANEL REHEARING

_____


Present:  RESTREPO, MONTGOMERY-REEVES, and SCIRICA, *Circuit Judges*


        The petition for rehearing filed by Appellant in the above-entitled case

having been submitted to the judges who participated in the decision of this Court, it is

hereby ORDERED that the petition for rehearing by the panel is **granted**.  The opinion

and judgment entered on December 11, 2025 are vacated.  The Clerk is directed to file the amended opinion and re-enter the judgment contemporaneously with this order.

The petition for rehearing en banc filed by Appellant in the above-entitled cases having been submitted to all available circuit judges of the circuit in regular active service, and no judge of the circuit in regular active service, asked for rehearing en banc, rehearing en banc is **denied.**

BY THE COURT,

s/ L. Felipe Restrepo
Circuit Judge

Date: March 6, 2026
Amr/Cc: All counsel of record